UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LITTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>D. RABELOS, et al.,<br><br>        Defendants. | Case No. +08-cv-0595-MJP-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff John Little is proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action against two officers of the Everett Police Department. Dkt. No. 6. At the time he filed his complaint, Plaintiff was incarcerated in the Snohomish County Jail in Everett, Washington. Plaintiff's complaint centers on his allegation that he was subjected to excessive force when he was arrested by the defendants on January 30, 2008. *Id.* Plaintiff identified officers D. Rabelos and M. Atwood as the defendants. *Id.*

On October 14, 2008, Defendants filed a motion to dismiss. Dkt. No. 16. On November 5, 2008, Defendants filed a motion for summary judgment. Dkt. No. 20. Plaintiff never responded to either motion. On December 2, 2008, Plaintiff filed a motion for extension of time to prosecute and reinstate discovery proceedings, Dkt. No. 30, which was denied by

this Court, Dkt. No. 35.  On January 21, 2009, the copy of the Court's order denying Plaintiff's motion for extension of time to prosecute and reinstate discovery proceedings, which was mailed to Plaintiff at the Snohomish County Jail, was returned as undeliverable.  Dkt. No. 36. In addition, on February 11, 2009, the copy of the Court's order granting Defendants' motion to continue the deadline to file a joint pretrial statement, which was mailed to Plaintiff at the Snohomish County Jail, was also returned as undeliverable.  Dkt. No. 40.  To date, Plaintiff has not provided the court with a new address, nor has he responded to Defendants' motion to dismiss and motion for summary judgment.

Because over sixty days have elapsed since mail directed to Plaintiff at his address of record was first returned to the court by the Post Office as undeliverable, and because Plaintiff has not notified the Court of his current address, this action is DISMISSED without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2).  A proposed order accompanies this Report and Recommendation.

DATED this 30th day of March, 2009.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge