UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LITTLE, <br><br> Plaintiff, <br><br> v. <br><br> D. RABELOS, et al., <br><br> Defendants. | Case No. 08-cv-0595-MJP <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's § 1983 complaint (Dkt. No. 6) and this action are DISMISSED without prejudice. Accordingly, Defendants' counterclaim (Dkt. No. 12 at 4) is also DISMISSED without prejudice. *See* Dkt. No. 42.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 5th day of May, 2009.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL
PAGE - 1